UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDELL DWAYNE O'NEAL,<br><br>             Plaintiff - Appellant,<br><br>  v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>             Defendants - Appellees. | No. 17-15164<br><br>D.C. No. 2:16-cv-03888-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated March 13, 2017.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7